FILED

10/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0519

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0519

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

LOREN DEAN RAVER,

      Defendant and Appellant.

_____

## ORDER

_____

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 6, 2024, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 31 2024